MARY COLES, ADMINISTRATRIX AD PROS, ETC., PLAIN-
TIFF-RESPONDENT, v. OSCAR OSBACK, ET ALS., DE-
FENDANTS-PETITIONERS.

See same case below: 22 *N. J. Super.* 358.

*Mr. Walter H. Jones* for the petitioners.

*Mr. Thomas F. Carlin* and *Mr. John Warren* for the
respondent.

February 9, 1953.   Denied.

IN THE MATTER OF THE APPLICATION FOR A WRIT OF
HABEAS CORPUS OF ALEXANDER S. COHEN.

See same case below: 23 *N. J. Super.* 209.

*Mr. George R. Sommer* for the petitioner.

*Mr. Edward Gaulkin* and *Mr. C. William Caruso* for the
respondent.

February 9, 1953.   Granted.